UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH EDWARD HOLLOWAY, III,

    Plaintiff,

    v.

UNITED STATES MARSHAL'S SERVICE
AGENCY, JOHN DOES #1-6, and UNITED
STATES OF AMERICA,

    Defendants.

Case No. 17-cv-1288-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the United States of America and against plaintiff Kenneth Edward Holloway, III on Holloway's claim under the Federal Tort Claims Act arising from his October 5, 2016, arrest by deputies of the United States Marshals Service; and that such claim is dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- All claims against the United States Marshal's Service Agency arising from Holloway's October 5, 2016, arrest by deputies of the United States Marshals Service;
- 
- The *Bivens* claim against the United States of America arising from Holloway's October 5, 2016, arrest by deputies of the United States Marshals Service; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claim is dismissed without prejudice:

- The *Bivens* claims against John Does #1-6 arising from Holloway's October 5, 2016, arrest by deputies of the United States Marshals Service.

**DATED:   December 12, 2019**

           **MARGARET M. ROBERTIE, Clerk of Court**

           **s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**